IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| SHERRELL C. TOWNS, | ) |
| Plaintiff, | ) |
| vs. | ) CIVIL NO. 05-375-GPM |
| ANTHONY RAMOS, et al., | ) |
| Defendants. | ) |

# MEMORANDUM AND ORDER

**MURPHY, Chief District Judge:**

Before the Court is Plaintiff's motion seeking a court order that his incoming mail from the Clerk of Court be opened only in his presence (Doc. 6). However, the Seventh Circuit has reasoned that:

> with minute and irrelevant exceptions all correspondence from a court to a litigant is a public document, which prison personnel could if they want inspect in the court's files. It is therefore not apparent to us why it should be regarded as privileged and how [the plaintiff] could be hurt if the defendant read these documents before or after [the plaintiff] does.

*Martin v. Brewer*, 830 F.2d 76, 78 (7th Cir. 1987). Therefore, Plaintiff's rights are not violated when official court mail is opened outside his presence, and the instant motion is **DENIED**.

**IT IS SO ORDERED.**

DATED: 09/08/05

s/ G. Patrick Murphy
G. PATRICK MURPHY
Chief United States District Judge